```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TRUSTEES OF LABOR UNION LOCAL NO. 1298
OF NASSAU AND SUFFOLK COUNTIES BENEFIT
FUNDS,

                              Plaintiffs,

            -against-

UNITED FENCE & GUARD RAIL CORP.,

                              Defendant.
----------------------------------------------------------------X
```

FILED
CLERK
9:54 am, Jan 22, 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**REFERRAL ORDER**
17-cv-4556 (ADS) (AYS)

**APPEARANCES:**

**Barnes, Iaccarino & Shepherd, LLP**
*Counsel for Plaintiffs*
Three Surrey Lane
Hempstead, New York 11550
    By: Danielle M. Carney, Esq.
.

**NO APPEARANCES:**

*Defendant*

**SPATT, District Judge.**

On August 3, 2017, the Plaintiff commenced this action against the Defendant to recover damages under Sections 502 and 515 of the Employee Retirement Income Retirement Income Security Act of 1974, as amended ("ERISA") and Section 301 of the Labor Management Relations Act of 1947.

On January 16, 2018, the Clerk of the Court issued a Certificate of Default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

On January 10, 2019, the Plaintiff moved for a default judgment against the Defendant.

The Court hereby refers the Plaintiff's motion for a default judgement to United States Magistrate Judge Anne Y. Shields for a recommendation as to whether the motion for a default judgment should be granted, and if so, whether damages should be awarded. The Clerk of the Court is respectfully directed to note the referral.

**SO ORDERED.**

Dated: Central Islip, New York
January 22, 2019

                                                                                              */s/ Arthur D. Spatt*
                                                                                               ARTHUR D. SPATT
                                                                                  United States District Judge